**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE:  ZOFRAN (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. <u>1:15-md-2657-FDS</u>

**<u>AMENDED JUDGMENT</u>**

**<u>This judgment applies to all cases listed in
Appendix A</u>**

<u>    D.J. Saylor , Chief                        </u>

**_____**          **Jury Verdict.**  This action came before the court for a trial by jury.  The
issues have been tried and the jury has rendered its verdict.

**__X___**          **Decision by the Court**.  This action came to trial or hearing before the
Court.  The issues have been tried or heard and a decision has been
rendered.

**IT IS  ORDERED AND ADJUDGED:**

1.      Defendant's renewed motion for summary judgment based on federal preemption is GRANTED.

ROBERT M. FARRELL
CLERK OF COURT

Dated:<u>    7/8/2021                        </u>          By  <u>/s/</u>  Leonardo T. Vieira
Deputy Clerk